```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| LULA P. KING, | : |
|     Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 07-0797-M |
| MICHAEL J. ASTRUE, | : |
| Acting Commissioner of | |
| Social Security, | : |
|     Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Lula P. King on all claims.

DONE this 30th day of April, 2008.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE